IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

| | |
|---|---|
| Edwin E. Miller, Jr. | Case # 13-56905 |
| Wilma E. Miller | Chapter 13 |
| Debtors | Judge Caldwell |

### NOTICE OF CHANGE OF ADDRESS

Now come Edwin and Wilma Miller, by and through counsel, and hereby notify the Court of their new address. The Debtors' mailing address is as follows:

Edwin & Wilma Miller
491 Rosehill Drive
Marysville, OH 43040

/s/ Amy E. Gullifer
Amy E. Gullifer # 0074218
Attorney for Debtors
302 S. Main Street
Marysville, OH 43040
937-644-9125 (telephone no.)
937-644-0754 (fax no.)
bkadmin@cfbjs.com

### Certificate of Service

I hereby certify that a true copy of the foregoing Address Change was served by ECF service upon Faye D. English, Chapter 13 Trustee; U.S. Trustee's Office; and by regular U.S. Mail service upon Edwin & Wilma Miller, 491 Rosehill Drive, Marysville, OH 43040 this 8th day of September 2016.

/s/ Amy E. Gullifer
Amy E. Gullifer