**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:

| | |
|---|---|
| Edwin E. Miller, Jr. | Case # 13-56905 |
| Wilma E. Miller | Chapter 13 |
| Debtors | Judge Caldwell |

**NOTICE OF FILING SUPPORT DOCUMENT TO DEBTORS' AMENDED MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN (Doc. 46)**

Now come the Debtors, by and through counsel, and hereby file the attached Support Document (Amended Schedules I&J) to Debtors' Amended Motion to Modify Confirmed Chapter 13 Plan (Doc. 46).

/s/ Amy E. Gullifer
Amy E. Gullifer, 0074218
CANNIZZARO, BRIDGES
JILLISKY & STRENG, LLC
302 S. Main Street
Marysville, OH 43040
Telephone: 937-644-9125
Fax: 937-644-0754
bkadmin@cfbjs.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2016, a copy of the foregoing was served by ECF services upon Faye D. English, Chapter 13 Trustee; U.S. Trustee's Office; and by regular U.S. mail service to Edwin and Wilma Miller, 491 Rosehill Drive, Marysville, Ohio 43040; and all creditors and parties in interest on the attached matrix.

/s/ Amy E. Gullifer
Amy E. Gullifer, #0074218

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Edwin E. Miller, Jr.** |
| Debtor 2 (Spouse, if filing) | **Wilma E. Miller** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (If known) | **2:13-bk-56905** |

Check if this is:

☐ An amended filing

■ A supplement showing postpetition chapter 13 income as of the following date:
**9/20/2016**
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | **cleaning** |
| Employer's name | **Disabled** | **Friendship Village of Dublin** |
| Employer's address | | **6000 Riverside Drive**<br>**Dublin, OH 43017** |
| How long employed there? | | **10 months** |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|   |   | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ **0.00** | $ **1,346.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4.  $ **0.00** | $ **1,346.00** |

| | | |
|---|---|---|
| Debtor 1 | Edwin E. Miller, Jr. | |
| Debtor 2 | Wilma E. Miller | Case number (*if known*) 2:13-bk-56905 |

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 1,346.00 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 177.11 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 273.50 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: accident insurance | 5h.+ | $ 0.00 + | $ 64.74 |
| | cancer insurance | | $ 0.00 | $ 46.69 |
| | disability insurance | | $ 0.00 | $ 47.01 |
| | life insruance | | $ 0.00 | $ 32.99 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 642.04 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 703.96 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: Social Security | 8f. | $ 1,785.00 | $ 0.00 |
| | pension | | $ 651.36 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 2,436.36 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,436.36 + $ 703.96 | = $ 3,140.32 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. | +$ | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | | $ 3,140.32 **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ■ Yes. Explain: **None.**

Fill in this information to identify your case:

Debtor 1: **Edwin E. Miller, Jr.**

Debtor 2: **Wilma E. Miller**
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number: **2:13-bk-56905**
(If known)

Check if this is:

☒ An amended filing

☒ A supplement showing postpetition chapter 13 expenses as of the following date:
**9/20/2016**
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                                                 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☒ Yes. **Does Debtor 2 live in a separate household?**

   ☒ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☒ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent.........

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ **625.00**

   **If not included in line 4:**

   4a. Real estate taxes   4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance   4b. $ **0.00**
   4c. Home maintenance, repair, and upkeep expenses   4c. $ **0.00**
   4d. Homeowner's association or condominium dues   4d. $ **0.00**
5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ **0.00**

| | | |
|---|---|---|
| Debtor 1 | **Edwin E. Miller, Jr.** | |
| Debtor 2 | **Wilma E. Miller** | Case number (if known)   **2:13-bk-56905** |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **235.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **115.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **266.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **500.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **100.00** |
| 10. | **Personal care products and services** | | 10. $ | **100.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **95.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **325.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **49.35** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **110.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **347.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **prescriptions** | | 21. +$ | **30.00** |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **2,897.35** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **2,897.35** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | **3,139.96** |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | **2,897.35** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | **242.61** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ☐ No.
    ■ Yes.    Explain here: **None.**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:13-bk-56905<br>Southern District of Ohio<br>Columbus<br>Tue Oct 18 11:11:39 EDT 2016 | Aegis Receivables Management<br>P.O. Box 404<br>Fort Mill, SC 29716-0404 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City OK  731248838 |
| Arrow Financial Services<br>5996 W Touhy Ave<br>Niles, IL 60714-4610 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | (c)BUCKEYE LENDING SOLUTIONS<br>6785 BOBCAT WAY STE 300<br>DUBLIN OH  43016-1443 |
| CBCS<br>P.O. Box 165025<br>Columbus, OH 43216-5025 | (p)CASHCALL INC<br>1 CITY BOULEVARD WEST<br>SUITE 1000<br>ORANGE CA 92868-3611 | Central Ohio Primary Care<br>P.O. Box 712505<br>Cincinnati, OH 45271-2505 |
| Chase<br>Attn: Correspondence Dept/Bankruptcy<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | City of Marysville<br>Income Tax Dept<br>PO Box 385<br>Marysville OH 43040-0385 | City of Marysville<br>Utility Billing Office<br>125 E. Sixth St.<br>Marysville, OH 43040-1601 |
| Collection<br>Attn: Bankrutpcy Department<br>Po Box 10587<br>Greenville, SC 29603-0587 | Collection<br>Po Box 9134<br>Needham, MA 02494-9134 | (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 |
| Continental Finance MasterCard<br>P.O. Box 8099<br>Newark, DE 19714-8099 | Credit Protection Assoc.<br>P.O. Box 802068<br>Dallas, TX 75380-2068 | DP&L<br>P.O. Box 1247<br>Dayton, OH 45401-1247 |
| Dayton Power and Light Company<br>1065 Woodman Drive<br>Dayton OH 45432-1423 | Diversified Consultants, Inc.<br>P.O. Box 1391<br>Southgate, MI 48195-0391 | Encore Receivable Management Inc<br>P.O. Box 47248<br>Oak Park, MI 48237-4948 |
| Encore Receivable Mangement<br>P.O. Box 3330<br>Olathe, KS 66063-3330 | Faye D. English<br>Chapter 13 Trustee<br>10 West Broad Street<br>Suite 900<br>Columbus, OH 43215-3449 | Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| Jennifer Fate<br>Murray Murphy Moul + Basil LLP<br>1114 Dublin Road<br>Columbus, OH 43215-1039 | First National Bank of Marin/Credit One<br>Customer Service<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Gemb/jcp<br>Attention:  Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 |
| Brian M Gianangeli<br>6305 Emerald Parkway<br>Dublin, OH 43016-3241 | Global Vantedge<br>P.O. box 12237<br>Hauppauge, NY 11788-0867 | Greater California Financial Svcs.<br>GCFS, Inc.<br>PO Box 3470<br>Paso Robles, CA 93447-3470 |

| | | |
|---|---|---|
| Amy Elizabeth Gullifer<br>Cannizzaro, Bridges, Jillisky & Streng<br>302 S. Main Street<br>Marysville, OH 43040-1556 | HSBC<br>P.O. Box 5213<br>Attn: Bankruptcy<br>Carol Stream, IL 60197-5213 | (p)HYUNDAI MOTOR FINANCE COMPANY<br>PO BOX 20809<br>FOUNTAIN VALLEY CA 92728-0809 |
| I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | IC Systems<br>444 Highway 96 East Box 64886<br>Saint Paul, MN 55127-2557 | Internal Medicine Physicians of Central Ohio<br>660 London Ave.<br>Marysville, OH 43040-1515 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jolas & Associates, LLP<br>202 1st St NW<br>P.O. Box 4000<br>Mason City, IA 50402-4000 | Key Bridge<br>2348 Baton Rouge<br>Lima, OH 45805-1167 |
| KeyBridge<br>PO Box 1568<br>Lima, OH 45802-1568 | LVNV Funding<br>15 South Main St., Ste 700<br>Greenville, SC 29601-2793 | LVNV Funding<br>P.O. Box 1335<br>Buffalo, NY 14240-1335 |
| Law Offices of Mitchell N. Kay, PC<br>P.O. Box 9006<br>Smithtown, NY 11787-9006 | Malcolm S. Gerald & Associates<br>332 South Michigan Ave, Suite 600<br>Chicago, IL 60604-4318 | Marysville Emergency Physicians<br>P.O. Box 634082<br>Cincinnati, OH 45263-4082 |
| Marysville Emergency Physicians, Inc.<br>PO Box 291805<br>Dayton, OH 45429-0805 | Meade & Associates<br>Attn: Bankruptcy<br>737 Enterprise Dr<br>Westerville, OH 43081 | Memorial Hospital of Union County<br>P.O. Box 931316<br>Cleveland, OH 44193-0004 |
| Mid-Ohio Radiology, Inc.<br>90 Village Pointe Dr.<br>Powell, OH 43065-7207 | Edwin E. Miller Jr.<br>491 Rosehill Drive<br>Marysville, OH 43040-1837 | Wilma E Miller<br>491 Rosehill Drive<br>Marysville, OH 43040-1837 |
| NCB Management<br>P.O. Box 1099<br>Langhorne, PA 19047-6099 | NCO Financial<br>P O Box 15630, Dept 12<br>Wilmington, DE 19850-5630 | (c)NATIONAL CREDIT SOLUTI<br>3736 E I 240 SERVICE RD<br>OKLAHOMA CITY OK  73135-1732 |
| OSU Health Systems Anesthesia<br>P O Box 711823<br>Columbus, OH 43271-1823 | OSU Physicians<br>P.O. Box 740727<br>Cincinnati, OH 45274-0727 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43266-0030 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Ohio Department of Taxation<br>P.O. Box 182402<br>Columbus, OH 43218-2402 | Ohio State Medical Center<br>P.O. Box 183102<br>Columbus, OH 43218-3102 |

| | | |
|---|---|---|
| PCB<br>P.O Box 29917<br>Columbus, OH 43229-7517 | PNC Bank<br>P.O. Box 456<br>Lafayette, IN 47902-0456 | Pinnacle Financial Group<br>Dept 673<br>P.O. Box 4115<br>Concord, CA 94524-4115 |
| Richard J. Kaplow, Esq.<br>808 Rockefeller Bldg.<br>614 Superior Ave N.W.<br>Cleveland, OH 44113-1334 | Rossman & Co<br>3592 Corporate Dr Ste 10<br>Columbus, OH 43231-4978 | State of Ohio, Attorney General<br>Susan K Cliffel, Special Counsel<br>9334 Union Centre Blvd, Suite 200<br>West Chester, OH 45069-4851 |
| The Ohio State University<br>Wexner Medical Center<br>Mollie Glaser<br>660 Ackerman Rd 3rd Floor<br>Columbus OH 43202-4500 | Urgent Care by Memorial Hospital<br>P.O. Box 951903<br>Cleveland, OH 44193-0021 | Verizon Wireless<br>26935 Northwestern Hwy Ste 100-CFS<br>Southfield, MI 48033-8449 |
| West Asset Management<br>7171 Mercy Road<br>Omaha, NE 68106-2620 | Wexner Medical Center<br>Patient Financial Services<br>PO Box 183102<br>Columbus, OH 43218-3102 | Women's Imaging & Wellness<br>P.O. Box 643258<br>Cincinnati, OH 45264-3258 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cashcall Inc<br>Attention: Bankruptcy Department<br>1600 S Douglass Rd<br>Anaheim, CA 92806 | Columbia Gas<br>200 Civic Center Drive, 11th Floor<br>Columbus, OH 43215 | Hyundai Motor Finance<br>10550 Talbert Ave<br>Fountain Valley, CA 92708 |
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Buckeye Lending Solutions<br>7001 Post Road, Suite 300<br>Dublin, OH 43016 | National Credit Soluti<br>3675 E I 240 Service Rd<br>Oklahoma City, OK 73135 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Hyundai Motor Finance
PO Box 20809
Fountain Valley, CA 92728-0809

(u)Jefferson Capital Systems, LLC

(u)Ohio Department of Taxation

(u)Ohio State University

(d)Wexner Medical Center
Patient Financial Services
PO Box 183102
Columbus, OH 43218-3102

End of Label Matrix
Mailable recipients   71
Bypassed recipients    5
Total                 76